UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:18-00938 JFW (ADS)                    Date: August 6, 2019

Title: *Richard Gene Stephens v. FCI Victorville Medium 2 Medical Staff*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                                              None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

Plaintiff Richard Gene Stephens filed a Complaint under 42 U.S.C. § 1983. [Dkt. No. 1]. On May 24, 2019, the Court issued an Order Dismissing Complaint with Leave to Amend requiring an amended complaint to be filed by June 24, 2019. [Dkt. No. 9]. On June 5, 2019, the Court issued an Order to Show Cause Why Case Should Not Be Dismissed for Failure to Pay Filing Fee requiring a response by June 28, 2019. [Dkt. No. 10]. The Court has not received responses to either the May 24, 2019 Order or the June 5, 2019 Order. On June 17, 2019 and again on June 20, 2019, the Court received returned mail. [Dkt. Nos. 11, 12]. The Federal Bureau of Prisons Inmate Locator indicates Plaintiff was released from custody on September 7, 2018. See [Dkt. Nos. 11, 12].

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6. Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **August 21, 2019** why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. The filing of a Notice of Change of Address on or before August 21, 2019 will discharge this Order to Show Cause.

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>